NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TREVOND WATTS,                      )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No. 2D17-3831
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____    )

Opinion filed February 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; J. Kevin Abdoney, Judge.

PER CURIAM.

        Affirmed.

MORRIS, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.